Carroll
No. 6340

STATE OF NEW HAMPSHIRE v. ROBERT CHURCH

December 28, 1973

*Warren B. Rudman,* attorney general, and *David W. Hess,* assistant attorney general, by brief, for the State.

*William P. Shea,* by brief, for the defendant.

Memorandum Opinion

After a trial by jury defendant was found guilty of committing unnatural and lascivious acts with a 16-year-old boy in violation of RSA 579:9 and the defendant's exceptions thereto were reserved and transferred by *Grant,* J. The indictment was sufficient, the evidence supported the verdict and the statute (RSA 579:9) is valid. *State v. Small,* 112 N.H. 154, 290 A.2d 633 (1972); *Connor v. Arkansas,* 42 U.S.L.W. 3261 (U.S. Nov. 5, 1973); *Wainwright v. Stone,* 42 U.S.L.W. 3267 (U.S. Nov. 5, 1973). Accordingly, the order is

*Defendant's exceptions overruled.*